

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2016

No. 04-16-00119-CV

**IN THE INTEREST OF L.R.L., A CHILD**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-01591
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Appellant's Second Motion for Extension of time to file brief is hereby GRANTED. Time is extended to May 5, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court